UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TILTON,<br><br>  Plaintiff,<br><br>  v.<br><br>EDMUND G. BROWN, et al.,<br><br>  Defendants. | No. 2:12-cv-02020 LKK DAD P<br><br><br>ORDER |

On August 14, 2013, plaintiff filed a request for reconsideration of the magistrate judge's order filed July 19, 2013, ordering plaintiff to submit the filing fee or an application to proceed in forma pauperis, denying the motion for appointment of counsel, denying as unnecessary the motions for leave to amend the complaint, and ordering plaintiff to file an amended complaint within thirty days if he elected to proceed with this action.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Id.  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed July 19, 2013, is affirmed.

DATED: August 28, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28