UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TILTON,<br><br>        Plaintiff,<br><br>   v.<br><br>EDMUND G. BROWN, et al.,<br><br>        Defendants. | No.  2:12-cv-02020 LKK DAD P<br><br><br><br>ORDER |

Plaintiff is a California state prisoner, incarcerated at the La Palma Correctional Center in Eloy, Arizona. He is proceeding pro se and is seeking relief pursuant to 42 U.S.C. § 1983. Before the court is plaintiff's request for clarification of the undersigned's July 19, 2013 order.[1] Plaintiff has also requested leave to proceed in forma pauperis.

**I. Application to Proceed In Forma Pauperis**

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By this order, plaintiff will be assessed an initial partial filing fee in

---

[1] Concurrently with his request for clarification plaintiff filed a motion for reconsideration of the undersigned's July 19, 2013 order. On August 28, 2013, the District Judge assigned to this action affirmed the July 19, 2013 order. (ECF No. 13.)

accordance with the provisions of 28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency or official to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account.  These payments will be forwarded by the appropriate agency or official to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

**II.  Request for Clarification**

The court's July 19, 2013 order was issued after the court screened plaintiff's civil rights complaint.  In that order plaintiff was informed of the deficiencies in his complaint and advised that if he intended to proceed with his claims against defendants located in Arizona at his institution of confinement, he should file a new civil rights action in the U.S. District Court for the District of Arizona, the court where venue is proper with respect to claims against those defendants.  Despite plaintiff's expressed concerns to the contrary, the court did not make that determination based on the plaintiff's residence or "citizenship status."  (ECF No. 11 at 4.)  As was explained to plaintiff in the court's July 19, 2013 order, venue is determined by the defendants' residence or where a substantial part of the alleged events occurred.  In this case, venue with respect to any claim plaintiff wishes to bring against the Arizona defendants is in District of Arizona because that is where those defendants reside, where the library procedures about which plaintiff apparently complains were promulgated and where plaintiff claims he was denied use of the prison library.  Furthermore, the District Judge assigned to this action has now affirmed the undersigned's July 19, 2013 order.

Accordingly, the Arizona defendants should not be included in any amended complaint plaintiff elects to file in this action.  The court will provide plaintiff with additional time to file, if he wishes to pursue the action filed in this court, an amended complaint which states his claims against those defendants located in California who allegedly committed acts harmful to plaintiff in California - Governor Brown, Secretary Cate, Chief Deputy Kernan and Chief Harman.

### III. Conclusion

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 12) is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). All fees shall be collected and paid in accordance with this court's order to the Warden of the La Palma Correctional Center which is filed concurrently herewith.

3. Within thirty days from the date of this order, plaintiff shall file his amended complaint as set forth in the court's July 19, 2013 order and using the form complaint provided by the Clerk of the Court. Plaintiff's failure to file a timely amended complaint will result in a recommendation that this action be dismissed without prejudice.

4. The Clerk of the Court is directed to provide plaintiff with the court's form complaint for a § 1983 civil rights action.

Dated: September 4, 2013

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
tilt2020.clar

3