UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TILTON, | No. 2:12-cv-02020 LKK DAD P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, et al., | |
| Defendants. | |

On April 14, 2014, plaintiff filed a request for reconsideration of the magistrate judge's order filed March 27, 2014, denying plaintiff's motion to amend his complaint and ordering plaintiff to file his amended complaint in accordance with the court's orders filed on July 19, 2013 and September 5, 2013.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Id.  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Accordingly, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 27, 2014, is affirmed.  Plaintiff shall file his amended complaint within fourteen days from the date of service of this order.

DATED:  June 5, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT