UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TILTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, et al.,<br><br>　　　　Defendants. | No. 2:12-cv-2020 LKK DAD P<br><br><br><br>ORDER |

　　Plaintiff, a state prisoner proceeding pro se, requests that this action be dismissed. (See ECF No. 26.) Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request will be honored.

　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: June 26, 2014

　　　　　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DAD:4
tilt2020.59

1